LODGED
FILED

William H. Brownstein, SBN 84507
**WILLIAM H. BROWNSTEIN & ASSOCIATES,
PROFESSIONAL CORPORATION**
1250 SIXTH STREET, SUITE 205
SANTA MONICA, CA 90401-1637
TELEPHONE: (310) 458-0048
TELECOPIER: (310) 576-3581
E-MAIL: WBROWNS476@AOL.COM
ATTORNEYS FOR DEBTOR

04 SEP -3 PM 2: 32

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

BY VL2a

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ROBERT McENHEIMER, JR.<br><br><br><br>Debtor. | Case No. LA04-28168VZ<br><br>Chapter 7<br><br>DATE: No Hearing Required<br>TIME: Unless Requested<br>LOCATION: Courtroom "1368"<br>FLOOR: 13th |

**APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES
AND STATEMENTS [11 U.S.C. § 105(a), Bankruptcy Rules 1007(a)(4) and
(c)] AND ORDER THEREON**

TO THE HONORABLE VINCENT P. ZURZOLO, BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE CHAPTER 7 TRUSTEE AND THE OTHER PARTIES IN INTEREST IN THIS MATTER:

ROBERT McENHEIMER, JR.., the above-captioned Debtor and applicant (hereinafter "Applicant"), is making the following representations, allegations and assertions in support of this Application for an Extension of Time to File Chapter 13 Plan (the "Plan") [11 U.S.C. § 105(a), Bankruptcy Rules 1007(a)(4) and (c)) and Order Thereon] (the "Application"):

1. Applicant is the Debtor in the above-captioned case having filed a voluntary petition under Chapter 7 of the Bankruptcy Code on August 20, 2004.

2. The Debtor is in the process of comprising the documentation necessary to enable the completion of his schedules and statements. However, due to the complexity of this situation, including the fact that Debtor has to obtain several of the records necessary to

APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND
STATEMENTS; DECLARATION IN SUPPORT THEREOF AND ORDER THEREON

1

complete the necessary documentation from storage, the Debtor does not believe that he will have the necessary documentation by the fifteen days required under the terms of this Court's order or the applicable Local Bankruptcy Rules.

3. Because of the extreme difficulty in completing the schedules and the statements the Debtor is requesting an extension of fifteen days to complete his Chapter 13 Plan.

4. Authority for granting an extension of time for the filing of the Schedules and the Statement of Financial Affairs is provided for in Bankruptcy Rule 1007(a)(4), which provide the following:

> "(4) Extension of Time. Any extension of time for the filing of the lists required by this subdivision may be granted only on motion for cause shown and on notice to any trustee, committee appointed under the Code, or any other party as the Court may direct."

5. Based on the foregoing it is respectfully requested that this Honorable Court grant the extension of time for filing the schedules and statements until the close of business on September 24, 2004 and that it grant such other and further relief as is just and proper.

**WHEREFORE**, Applicant respectfully prays that this Honorable Court enters its Order granting the extension as sought herein, and that it grants such other and further relief as is deemed just and proper.

DATED: September 3, 2004

Respectfully submitted,
WILLIAM H. BROWNSTEIN &
ASSOCIATES, P.C.

By: /s/ William H. Brownstein
William H. Brownstein, Esq.
Attorneys for Debtor

**APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION IN SUPPORT THEREOF AND ORDER THEREON**

## DECLARATION OF ROBERT McENHEIMER, JR.

I, Robert McEnheimer, Jr., do hereby declare and state as follows:

1. I am the Debtor (the "Debtor") in the above-captioned case and I make the following declaration based on my own personal knowledge, information and belief.

2. I filed a voluntary petition under Chapter 7 of the Bankruptcy Code on August 20, 2004. At the time of the filing a Trustee's Sale of my reside was scheduled to take place on August 24, 2004. I therefore filed my case on an emergency basis in order to enable to me stay the loss of my residence and to enable me to proceed with a bankruptcy case.

3. I have attempted to located the documentation necessary to complete the schedules and the statements required in my bankruptcy case. Those include tax records and records of receipt and disbursement, some of which have been misplaced and some of which I am retrieving from storage. Due to the complexity of this situation and the fact that the I am still looking for and comprising the necessary documentation for the preparation of the schedules and statements, I am requesting an extension of time for filing the schedules and statements until September 24, 2004. I will, during that extended period do my best to complete the schedules and statements and file those documents no later than the extended date.

I declare that the foregoing statements are true and correct under the laws of the United States of America penalty of perjury and if called upon to testify thereon as a witness I would be competent to so testify.

Executed this 3rd day of September 2004 in Playa del Rey, California

_____
ROBERT McENHEIMER, JR.

**APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION IN SUPPORT THEREOF AND ORDER THEREON**

# ORDER

The Court having considered the foregoing Application for an Extension of Time to File the Schedules and Statements[11 U.S.C. § 105(a), Bankruptcy Rules 1007(a)(4) and (c)] and having found good and sufficient cause appearing for granting the relief sought therein, IT IS HEREBY

ORDERED that the debtor shall have until the close of business on September 24, 2004 to file his schedules and the statements.

DATED: September     , 2004

VINCENT P. ZURZOLO,
Bankruptcy Judge

PRESENTED BY:

WILLIAM H. BROWNSTEIN
    & ASSOCIATES, P.C.

By: /s/ William H. Brownstein
    William H. Brownstein,
    Attorneys for Debtor

---

**APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION IN SUPPORT THEREOF AND ORDER THEREON**

4

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY** ___ OF LOS ANGELES

I have read the foregoing _____
_____ and know of its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
_____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☐ The matters stated int he foregoing document are true of my own knowledge except as tot hose matters which are stated on information and belief, and as to those matters I believed them to be true.

☐ I am one of the attorneys for _____,
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and belief and on that ground allege that the matters stated in the foregoing document are true.
Executed on _____, at _____, California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____     _____
Type or Print Name                                                          Signature

**PROOF OF SERVICE**
1013a(3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party of the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica, CA 90401

On September 3, 2004, I served the foregoing document described as **APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS [11 U.S.C. § 105(a), Bankruptcy Rules 1007(a)(4) and (c)] AND ORDER THEREON** on Parties-in-Interest in this action

☒ by placing true copies thereof in sealed envelopes on the parties as stated on the attached mailing list:

☐ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:
Office of U.S. Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017
Chapter 7 Trustee,

☒ **BY MAIL**
  ☒ * I deposited such envelope in the mail at 1250 Sixth Street, Santa Monica, California.
  The envelope was mailed with postage thereon fully prepaid.

  ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party services, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit form mailing in affidavit.
  Executed on September 3, 2004, at Santa Monica, California

☐ **BY TELECOPIER:**
☒   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
  Executed on_at Los Angeles, California
Office of U.S. Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_William H. Brownstein_____     _/s/ William H. Brownstein_____
Type or Print Name                                                          Signature

William H. Brownstein & Associates, P.C.
1250 Sixth Street
Suite 205
Santa Monica, CA 90401-1637
Attorney for Debtor

Robert McEnheimer, Jr.
8150 Manitoba #4
Playa del Rey, CA 90293
Debtor

Richard K. Diamond, Esq.
Danning, Gill, Diamond & Kollitz
2029 Century Park East
Third Floor
Los Angeles, CA 90067
Trustee

Office of U.S. Trustee
725 South Figueroa
Suite 2600
Los Angeles, CA 90017

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>Robert Eugene McEnheimer<br>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 | Debtor. | CHAPTER  7<br>CASE NUMBER:    LA04-28168VZ |
|---|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

   **APPLICATION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS [11 U.S.C. § 105(a), Bankruptcy Rules 1007(a)(4) and (c)] AND ORDER THEREON**

   was entered on *(specify date)*:

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached services list on *(specify date)*:


Dated:                                                                 JON D. CERETTO
                                                                       **Clerk of the Bankruptcy Court**


                                                                       By: _____
                                                                           **Deputy Clerk**

William H. Brownstein & Associates, P.C.
1250 Sixth Street
Suite 205
Santa Monica, CA 90401-1637
Attorney for Debtor

Robert McEnheimer, Jr.
8150 Manitoba #4
Playa del Rey, CA  90293
Debtor

Richard K. Diamond, Esq.
Danning, Gill, Diamond & Kollitz
2029 Century Park East
Third Floor
Los Angeles, CA 90067
Trustee

Office of U.S. Trustee
725 South Figueroa
Suite 2600
Los Angeles, CA  90017